1

2

3

4

5

6

7

8

9        **IN THE UNITED STATES DISTRICT COURT**

10        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12

13      EDUARDO NAVARETTE,                    Case No. CV 14-8457 PSG (MRW)

14              Petitioner,

15           v.                              JUDGMENT

16      KIM HOLLAND, Warden,

17              Respondent.

18

19

20          Pursuant to the Order Accepting Findings and Recommendations of the

21      United States Magistrate Judge,

22          IT IS ADJUDGED that the petition is denied and this action is dismissed

23      with prejudice.

24

25

26      DATE: April 4, 2016        _____

27                                 HON. PHILIP S. GUTIERREZ
                                   UNITED STATES DISTRICT JUDGE

28